UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELBY SKELTON, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CARE.COM, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number:  1:21:-cv-11360-WGY<br><br>**NOTICE OF SETTLEMENT** |

  Now come the Plaintiff, Shelby Skelton, and the Defendant, Care.com, Inc., by and through their undersigned attorneys, and hereby notify the Court that they have reached a settlement to this matter individually. The Parties anticipate they will be able to submit a Stipulation of Dismissal with prejudice as to the individual claims and without prejudice as to the class claims within 45 days. The Parties request the Court stay all upcoming hearings and deadlines as moot, and allow the Parties until November 1, 2021 to submit a Stipulation of Dismissal.

| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
|---|---|
| SHELBY SKELTON | CARE.COM, INC. |
| By: /s/ Todd M. Friedman<br>  Attorney for Plaintiff<br>  The Law Offices of Todd M. Friedman, P.C.<br>  21031 Ventura Blvd., Suite 340<br>  Woodland, CA 91364<br>  Ph.: (323) 306-4234<br>  tfriedman@toddflaw.com | By: /s/ Anna Hsia<br>  Attorney for Defendant<br>  ZwillGen Law LLP<br>  369 Pine Street, Suite 506<br>  San Francisco, CA 94101<br>  Ph.: (415) 590-2335<br>  Anna@zwillgen.com |

## **CERTIFICATE OF SERVICE**

I, Todd M. Friedman , hereby certify that, on September 15, 2021, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Todd M. Friedman
Attorney for Plaintiff