UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

SHELBY SKELTON
Plaintiff

                CIVIL ACTION
                NO. 1:21cv11360-WGY

V.

CARE.COM, INC. ET AL
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, DJ**

    The Court having been advised on September 15, 2021 that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                            By the Court,

September 15, 2021                       /s/ Matthew A. Paine
Date                                                Deputy Clerk